JOHN C. LOVENDALE *vs*. ERNEST C. BROWN.

Cumberland County. Decided June 10, 1930. Motion for new trial in action for criminal conversation. The record discloses convincing evidence from which the jury was warranted in finding that the defendant debauched and carnally knew the plaintiff's wife. No reason is found for disturbing the verdict against the defendant for $2,891.75. Motion overruled. *William Lyons*, for plaintiff. *Harry E. Nixon, Wilfred A. Hay*, for defendant.